## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dennis Baxter III                                         CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 26-12287 pmm

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of First-Citizens Bank & Trust Company, successor by merger to CIT Bank, N.A and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
01 Jun 2026, 15:33:27, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: febc337b06cdb854eda909ccde3a4b9e4b5336b80d6fa875a8241716427fe648