✂ DETACH CHECK ABOVE   RETAIN STUB BELOW FOR YOUR RECORDS ✂

## HAWTHORNE HEMLOCK & ASSOC.

7315 Wisconsin Ave #925W, Bethesda, MD 20814 · EIN 27-0398131

**EARNINGS STATEMENT**
#30716

| EMPLOYEE<br>Dennis Baxter II | SSN<br>XXX-XX-8588 | REPORTING PERIOD<br>03/07/2026-03/20/2026 | | PAY DATE<br>03/23/2026 | EMPLOYEE ID<br>60044 |
|---|---|---|---|---|---|
| **DESCRIPTION** | TYPE | RATE | HOURS | CURRENT PAY | YTD |
| **Gross Earnings** | Salary | — | — | $3,750.00 | $22,500.00 |

| DEDUCTIONS | | | | CURRENT PERIOD | YTD |
|---|---|---|---|---|---|
| FICA - Medicare | | | | $54.38 | $326.28 |
| FICA - Social Security | | | | $232.50 | $1,395.00 |
| Federal Income Tax | | | | $502.52 | $3,015.12 |
| PA State Tax W/H | | | | $115.13 | $690.78 |
| **Total Deductions** | | | | $904.53 | $5,427.18 |

| NET PAY THIS PERIOD | $2,845.47 |
|---|---|

| YTD Gross Earnings | YTD Total Deductions | YTD Net Pay |
|---|---|---|
| $22,500.00 | $5,427.18 | $17,072.82 |

Retain this statement for your records

Period 03/07/2026-03/20/2026 · Pay Date 03/23/2026 · #30716

✂ DETACH CHECK ABOVE · RETAIN STUB BELOW FOR YOUR RECORDS ✂

## HAWTHORNE HEMLOCK & ASSOC.

7315 Wisconsin Ave #925W, Bethesda, MD 20814 · EIN. 27-0398131

**EARNINGS STATEMENT**

#30731

| EMPLOYEE<br>Dennis Baxter II | SSN<br>XXX-XX-8588 | REPORTING PERIOD<br>03/21/2026-04/03/2026 | | PAY DATE<br>04/06/2026 | EMPLOYEE ID<br>60044 |
|---|---|---|---|---|---|

| DESCRIPTION | TYPE | RATE | HOURS | CURRENT PAY | | YTD |
|---|---|---|---|---|---|---|
| **Gross Earnings** | Salary | — | — | $3,750.00 | | $26,250.00 |

| DEDUCTIONS | | | | CURRENT PERIOD | YTD | |
|---|---|---|---|---|---|---|
| FICA - Medicare | | | | $54.38 | $380.66 | |
| FICA - Social Security | | | | $232.50 | $1,627.50 | |
| Federal Income Tax | | | | $502.52 | $3,517.64 | |
| PA State Tax W/H | | | | $115.13 | $805.91 | |

| **Total Deductions** | | | | $904.53 | $6,331.71 | |
|---|---|---|---|---|---|---|

| **NET PAY THIS PERIOD** | | | | | | **$2,845.47** |
|---|---|---|---|---|---|---|

| YTD Gross Earnings<br>**$26,250.00** | YTD Total Deductions<br>**$6,331.71** | YTD Net Pay<br>**$19,918.29** |
|---|---|---|

Retain this statement for your records

Period 03/21/2026-04/03/2026 · Pay Date 04/06/2026 · #30731

DETACH CHECK ABOVE • RETAIN STUB BELOW FOR YOUR RECORDS

## HAWTHORNE HEMLOCK & ASSOC.

7315 Wisconsin Ave #925W, Bethesda, MD 20814 · EIN: 27-0398131

**EARNINGS STATEMENT**
#30746

| EMPLOYEE | SSN | REPORTING PERIOD | PAY DATE | EMPLOYEE ID |
|---|---|---|---|---|
| Dennis Baxter II | XXX-XX-8588 | 04/04/2026-04/17/2026 | 04/20/2026 | 60044 |

| DESCRIPTION | TYPE | RATE | HOURS | CURRENT PAY | YTD |
|---|---|---|---|---|---|
| Gross Earnings | Salary | — | — | $3,750.00 | $30,000.00 |

| DEDUCTIONS | | | | CURRENT PERIOD | YTD |
|---|---|---|---|---|---|
| FICA - Medicare | | | | $54.38 | $435.04 |
| FICA - Social Security | | | | $232.50 | $1,860.00 |
| Federal Income Tax | | | | $502.52 | $4,020.16 |
| PA State Tax W/H | | | | $115.13 | $921.04 |
| | | | | | |
| **Total Deductions** | | | | $904.53 | $7,236.24 |

**NET PAY THIS PERIOD** $2,845.47

| YTD Gross Earnings | YTD Total Deductions | YTD Net Pay |
|---|---|---|
| $30,000.00 | $7,236.24 | $22,763.76 |

Retain this statement for your records

Period 04/04/2026-04/17/2026 · Pay Date 04/20/2026 · #30746

✂ DETACH CHECK ABOVE    RETAIN STUB BELOW FOR YOUR RECORDS ✂

## HAWTHORNE HEMLOCK & ASSOC.

7315 Wisconsin Ave #925W, Bethesda, MD 20814 · EIN: 27-0398131

**EARNINGS STATEMENT**

#30761

| EMPLOYEE | SSN | REPORTING PERIOD | | PAY DATE | EMPLOYEE ID |
|---|---|---|---|---|---|
| Dennis Baxter II | XXX-XX-8588 | 04/18/2026-05/01/2026 | | 05/04/2026 | 60044 |

| DESCRIPTION | TYPE | RATE | HOURS | CURRENT PAY | | YTD |
|---|---|---|---|---|---|---|
| **Gross Earnings** | Salary | — | — | $3,750.00 | | $33,750.00 |

| DEDUCTIONS | | | | CURRENT PERIOD | YTD | |
|---|---|---|---|---|---|---|
| FICA - Medicare | | | | $54.38 | $489.42 | |
| FICA - Social Security | | | | $232.50 | $2,092.50 | |
| Federal Income Tax | | | | $502.52 | $4,522.68 | |
| PA State Tax W/H | | | | $115.13 | $1,036.17 | |

| **Total Deductions** | | | | $904.53 | $8,140.77 | |

| **NET PAY THIS PERIOD** | | | | | | **$2,845.47** |

| YTD Gross Earnings | YTD Total Deductions | YTD Net Pay |
|---|---|---|
| **$33,750.00** | **$8,140.77** | **$25,609.23** |

Retain this statement for your records

Period 04/18/2026-05/01/2026 · Pay Date 05/04/2026 · #30761

⋊ DETACH CHECK ABOVE · RETAIN STUB BELOW FOR YOUR RECORDS ⋊

## HAWTHORNE HEMLOCK & ASSOC.

7315 Wisconsin Ave #925W, Bethesda, MD 20814 · EIN: 27-0398131

**EARNINGS STATEMENT**
#30776

| EMPLOYEE<br>Dennis Baxter II | SSN<br>XXX-XX-8588 | REPORTING PERIOD<br>05/02/2026-05/15/2026 | | PAY DATE<br>05/18/2026 | EMPLOYEE ID<br>60044 |
|---|---|---|---|---|---|
| **DESCRIPTION** | TYPE | RATE | HOURS | CURRENT PAY | YTD |
| **Gross Earnings** | Salary | — | — | $3,750.00 | $37,500.00 |

| DEDUCTIONS | CURRENT PERIOD | YTD |
|---|---|---|
| FICA - Medicare | $54.38 | $543.80 |
| FICA - Social Security | $232.50 | $2,325.00 |
| Federal Income Tax | $502.52 | $5,025.20 |
| PA State Tax W/H | $115.13 | $1,151.30 |
| **Total Deductions** | $904.53 | $9,045.30 |

| **NET PAY THIS PERIOD** | **$2,845.47** |
|---|---|

| YTD Gross Earnings<br>$37,500.00 | YTD Total Deductions<br>$9,045.30 | YTD Net Pay<br>$28,454.70 |
|---|---|---|

Retain this statement for your records

Period 05/02/2026-05/15/2026 · Pay Date 05/18/2026 · #30776